# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

February 14, 2022

Mr. Thomas D. Wolle
SIMMONS & PERRINE
Suite 1200
115 Third Street, S.E.
Cedar Rapids, IA  52401-1266

RE:  21-3831  In re: Self Insured Services

Dear Counsel:

Enclosed is a copy of the dispositive order in the referenced appeal. Please note that FRAP 40 of the Federal Rules of Appellate Procedure requires any petition for rehearing to be filed within 14 days after entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. This court strictly enforces the 14 day period. **No grace period for mailing is granted** for pro-se-filed petitions. A petition for rehearing or a motion for an extension of time must be filed with the Clerk's office within the 14 day period.

Michael E. Gans
Clerk of Court

MVP

Enclosure(s)

cc:     Mr.  Clerk, U.S. District Court, Northern Iowa
        Mr. Eric Samuel Kay
        Mr. Tal J. Lifshitz
        Mr. Dean Hafeez Malik
        Mr. Ethan S. Olson
        Ms. Stephanie Techau
        Mr. Patrick C. Timoney

        District Court/Agency Case Number(s):   1:21-mc-00005-KEM

# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 21-3831

_____

In re: Self Insured Services Company

Interested party - Appellant

------------------------------

South Broward Hospital District, doing business as Memorial Healthcare System

Plaintiff - Appellee

v.

ELAP Services, LLC, a Pennsylvia limited liability company; Group & Pension Administrators, Inc., a Texas corporation

Defendants

_____

Appeal from U.S. District Court for the Northern District of Iowa - Cedar Rapids
(1:21-mc-00005-KEM)

_____

## JUDGMENT

Before BENTON, ERICKSON, and KOBES, Circuit Judges.


The motion of appellee for dismissal of this appeal is granted. The appeal is hereby dismissed. See Eighth Circuit Rule 47A(b).

February 14, 2022


Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
      /s/ Michael E. Gans