UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: SUBPOENA OF SOUTH BROWARD
HOSPITAL DISTRICT, No. 20-CV-61007-AHS

AMERICAN PLAN ADMINISTRATORS,

    Petitioner,                               Case No. 21-MC-62550-SINGHAL/VALLE
                                                Case No. 21-MC-62463-SINGHAL/VALLE
                                                Case No. 22-MC-60226-SINGHAL/VALLE
                                                Case No. 22-MC-60709-SINGHAL/VALLE

v.

SOUTH BROWARD HOSPITAL DISTRICT,

    Respondent.
_____/

## ORDER SETTING TELEPHONIC OMNIBUS HEARING

THIS CAUSE is before the Court upon a review of the record. The four cases listed above relate to *South Broward Hospital District v. Elap Services, LLC,* No. 20-CV-61007-AHS (the "Underlying Action"). As part of the Underlying Action, South Broward Hospital District has served third-party subpoenas in several Districts across the country, which have been transferred to this District.[1] All four cases involve similar Motions to Quash Rule 45 subpoenas (the "Motions"), which have been referred to the undersigned. To promote efficient case management and judicial economy, all Motions will be handled collectively.

---

[1] Case No. 21-MC-62550 (ECF No. 1) was transferred from the E.D. New York. Case No. 21-MC-62463 (ECF No. 1) was transferred from the Northern District of Iowa. Case No. 22-MC-60226 (ECF No. 2) was transferred from the District of Utah. Case No. 22-MC-60709 (ECF No. 1) was transferred from the District of Montana. To date, there is a related case pending in the Northern District of Illinois, No. 21-CV-04929, that has not yet been transferred.

Accordingly, a telephonic hearing on the Motions is scheduled for **Wednesday, August 17, 2022 at 2:00 p.m.** in the Fort Lauderdale Division before U.S. Magistrate Judge Alicia O. Valle. Shortly before the hearing time, the parties shall call (877) 848-7030 and, when prompted, enter Access Code 2004890 followed by #. The Court has reserved two hours for the hearing.

**Joint Status Report**: In advance of the hearing, the parties must telephonically meet and confer in a good faith and substantive effort to resolve/narrow the issues in the Motions, including discussing whether the subpoenas can be tailored to address Petitioners' concerns about scope, security issues, and burden/expense. By **August 10, 2022,** the parties shall file a Joint Status Report ("JSR"). The JSR must: (i) set forth the results of the parties' meet and confer and update the Court on the posture of the Motions, which have been pending for months; and (ii) advise of any change in the parties' positions. This information must be presented in chart form as set forth in Exhibit 1. Further, the JSR is not intended to be a verbatim recitation of the parties' briefs. Rather, it is meant to summarize the issues in a comparative format (i.e., one column for movant and one column for opponent) to assist the Court in evaluating the disputed issues. Moreover, if necessary, the disputes/discovery requests can be grouped by topic/issue to facilitate analysis and for conciseness. An example of a JSR can be found at *Dershowitz v. Cable News Network, Inc.*, No. 20-CV-61872-AHS (S.D. Fla. Dec. 29, 2021) (ECF No. 64).

**DONE AND ORDERED** in Chambers, at Fort Lauderdale, Florida, on August 4, 2022.

ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE

cc: U.S. District Judge Raag Singhal
All counsel of record

JOINT STATUS REPORT

| Request No. [  ]:  [VERBATIM REQUEST] Response:         [VERBATIM RESPONSE] | | |
|---|---|---|
| Movant's Position: | Opponent's Position: | [LEAVE BLANK FOR COURT USE] |
| Request No. [  ]:  [VERBATIM REQUEST] Response:         [VERBATIM RESPONSE] | | |
| Movant's Position: | Opponent's Position: | [LEAVE BLANK FOR COURT USE] |
| Request No. [  ]:  [VERBATIM REQUEST] Response:         [VERBATIM RESPONSE] | | |
| Movant's Position: | Opponent's Position | [LEAVE BLANK FOR COURT USE] |

EXHIBIT 1